# Order

Michigan Supreme Court
Lansing, Michigan

October 28, 2020

160427

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENYON BAILEY,
        Defendant-Appellant.

SC: 160427
COA: 342175
Wayne CC: 17-004208-FC

_____/

By order of April 22, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the September 24, 2019 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk

p1021